United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Douglas R. Cole

FROM: Emily Hiltz , Case Administrator

DATE: 1/27/2021

SUBJECT: Case Caption: Whittom v. EyeMed Vision Care, LLC

CASE: Case Number: 1:21cv55

DISTRICT JUDGE: Douglas R. Cole

File Date: 1/22/2021

This memorandum is to notify you that the Notice of Related Case in the above referenced case reflects the following alleged related case:

**Related Case:**

Case Caption: Tate v. EyeMed Vision Care, LLC

Case Number: 1:21cv36          District Judge: Douglas R. Cole

File Date: 1/15/2021            Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:                    District Judge:

File Date:                      Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    **Emily Hiltz**
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☒    I am the Judge on both of the listed cases and have determined that the cases **are** related and they shall both remain on my docket.

☐    Other Direction of Judge: _____

_____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies

*Revised 7/19/2012*