# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHANDRA TATE, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EYEMED VISION CARE, LLC,<br><br>    Defendant. | CASE NO. 1:21-cv-00036-DRC<br><br>(Consolidated with Case No. 1:21-cv-55) |

## DEFENDANT EYEMED VISION CARE, LLC'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6), EyeMed Vision Care, LLC respectfully moves this Court to dismiss Plaintiffs' Consolidated Class Action Complaint because Plaintiffs do not have standing and fail to state a claim.

Dated: June 7, 2021

Respectfully submitted,

*/s/ Carrie Dettmer Slye*
Carrie Dettmer Slye (#0079382)
**BAKER & HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Tel: (513) 929-3400
Fax: (513) 929-0303
cdettmerslye@bakerlaw.com

Paul G. Karlsgodt (admission *pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for Defendant EyeMed Vision Care, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Carrie Dettmer Slye*
                                            Carrie Dettmer Slye